1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
   JOHN H. HEMANN (CABN 165823)
5  Assistant United States Attorneys

6  RICHARD S. SCOTT (DCBN 502455)
   Trial Attorney, National Security Division
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-6774
9       FAX: (415) 436-7234
        peter.axelrod@usdoj.gov
10
   Attorneys for United States of America
11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

16 | UNITED STATES OF AMERICA,                ) CASE NO. CR-11-0573-JSW
                                              )
17 |     Plaintiff,                           ) GOVERNMENT'S ATTESTATION REGARDING
                                              ) SERVICE OF SUMMONS ON PANGANG GROUP
18 | v.                                       ) DEFENDANTS
                                              )
19 | PANGANG GROUP COMPANY, LTD. AND          )
   | PANGANG GROUP INTERNATIONAL              )
20 | ECONOMIC AND TRADING COMPANY,            )
                                              )
21 |     Defendants.                          )
                                              )
22

23        Pursuant to this Court's order of October 1, 2013 (Dkt. 467), the United States, by and through

24 the undersigned Assistant U.S. Attorneys, hereby attests that there are no new facts that could be

25 developed that its attorneys believe would alter this Court's previous rulings on agency, alter ego, or the

26 mailing prong of Fed. R. Crim. P. 4(c). Accordingly, the United States suggests that the Court consider

27 entering a terminating order as contemplated by its October 1 order.

28 ///

ATTESTATION RE: FURTHER FACTUAL INVESTIGATION
CASE NO. CR-11-0573-JSW                           1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MELINDA HAAG<br>United States Attorney |
|  | *John H. Hemann* |
| Dated: December 5, 2013 | _____<br>JOHN H. HEMANN<br>PETER B. AXELROD<br>Assistant United States Attorneys |

ATTESTATION RE: FURTHER FACTUAL INVESTIGATION
CASE NO. CR-11-0573-JSW            2