1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   PETER B. AXELROD (CABN 190843)
5  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorneys
6
7  RICHARD S. SCOTT (DCBN 502455)
   Trial Attorney, National Security Division
8
9        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
10        Telephone: (415) 436-6774
          FAX: (415) 436-7234
11        Peter.Axelrod@usdoj.gov
12
13 Attorneys for United States of America

14

15                         UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                               SAN FRANCISCO DIVISION

18

19 UNITED STATES OF AMERICA,              )  NO. CR 1~~1-0811-EMC~~  11-573 1, 3, 4
                                          )
20        Plaintiff,                      )  [~~PROPOSED~~] ORDER ON ADMINISTRATIVE
                                          )  MOTION TO SEAL EXHIBIT 4 TO HEMANN
21   v.                                   )  DECLARATION IN SUPPORT OF REPLY TO
                                          )  UNITED STATES' MOTION FOR RULE 15
22 WALTER LIEW; USA PERFORMANCE           )  DEPOSITION OF THONGCHAI THONGTHAWEE
   TECHNOLOGY, INC.; AND ROBERT           )
23 MAEGERLE,                              )
                                          )
24        Defendants.                     )
                                          )

25

26        Pursuant to Criminal Local Rule 56-1(c), and for good cause appearing, the Court GRANTS the United

27 States administrative motion to file under seal Exhibit 4 to the declaration of John Hemann in support of the

28
   [~~PROPOSED~~] SEALING ORDER
   CR 11-00573 JSW

1  United States Motion for Rule 15 Deposition of Thongchai Thongthawee ("Hemann Declaration"). The Court
2  finds this Exhibit is sealable and hereby ORDERS that Exhibit 4 to the Hemann Declaration be filed and
3  maintained under seal.   Given the nature of this litigation, although the Court finds good cause to seal the exhibit, this Order shall not preclude Defendants from arguing that the exhibit is not a trade secret.
4      IT IS SO ORDERED.

5

6

7  Date: December 11, 2013        _____
                                 JEFFREY S. WHITE
8                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER
CR 11-00573 JSW