1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Robert P. Feldman (Bar No. 69602)
2      bobfeldman@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100

5      John M. Potter (Bar No. 165843)
       johnpotter@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700

8

9  Attorneys for Specially-Appearing Defendants
   Pangang Group Company, Ltd., Pangang Group
10 Steel Vanadium & Titanium Company, Ltd.,
   Pangang Group Titanium Industry Company,
11 Ltd., and Pangang Group International Economic
   & Trading Company

12
                    UNITED STATES DISTRICT COURT

13
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15

16 UNITED STATES OF AMERICA,            CASE NO. CR 11-0573 JSW

17             Plaintiff,               **SPECIALLY-APPEARING
                                        DEFENDANTS' APPLICATION FOR
18        vs.                           LEAVE TO FILE A RESPONSE TO THE
                                        GOVERNMENT'S ATTESTATION
19 PANGANG GROUP COMPANY, LTD.,         REGARDING SERVICE OF SUMMONS
   PANGANG GROUP STEEL VANADIUM &       ON PANGANG GROUP DEFENDANTS**
20 TITANIUM COMPANY, LTD.,              AND ORDER ON REQUEST FOR LEAVE TO FILE
   PANGANG GROUP TITANIUM
21 INDUSTRY COMPANY, LTD., and
   PANGANG GROUP INTERNATIONAL
22 ECONOMIC & TRADING COMPANY,

23             Defendants.

24

25

26

27

28

04675.51961/5657358.1

                                   SPECIALLY-APPEARING DEFENDANTS'
                                   RESPONSE TO GOV'T ATTESTATION RE. SERVICE

1    Specially-Appearing Defendants Pangang Group Company, Ltd., Pangang Group Steel

2  Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and

3  Pangang Group International Economic & Trading Company (collectively, the "Pangang Group

4  Defendants") respectfully request leave to file a response to the government's attestation regarding

5  service of summons on Pangang Group Defendants (Dkt. No. 615).

6    On July 23, 2012 and April 8, 2013, respectively, the Court granted the Pangang Group

7  Defendants' first and second motions to quash service of summonses.   (Dkt. Nos. 176 & 293.)

8  At an August 8, 2013 status conference, the government requested leave to file a motion for

9  reconsideration of the Court's orders regarding service on the Pangang Group Defendants.   At

10  that hearing, the Court set a deadline of August 15, 2013 for the government to outline its position.

11  The Court also invited the Pangang Group Defendants to respond to the government's submission.

12  (Dkt. No 415.)

13    The government thereafter submitted a request for leave to file motion for issuance of new

14  summonses based on a finding of substantial compliance with Rule 4.   (Dkt. No. 423.)   In that

15  submission, the government asked that, in the event that the court declined to issue new

16  summonses, the court dismiss the indictments.   (*Id*. at 2.)   After receiving the Pangang Group

17  Defendants' opposition (Dkt. No. 438), on October 1, 2013, the Court denied the government's

18  requests (Dkt. No. 467).   In doing so, the Court stated that, in support of the government's

19  request for dismissals, the government could file an attestation that "there are no new facts that

20  could be developed to alter this Court's previous rulings on agency and alter-ego."   (*Id*. at 4-5.)

21    On December 5, 2013, the government filed an Attestation Regarding Service of Summons

22  on Pangang Group Defendants (Dkt. No. 615).   The Pangang Group Defendants desire to

23  respond to the government's attestation.   However, because the Court did not specifically ask for

24  a response, the Pangang Group Defendants respectfully seek leave to reply to the government's

25

26

27

28

SPECIALLY-APPEARING DEFENDANTS'
RESPONSE TO GOV'T ATTESTATION RE. SERVICE

1  submission as part of their special appearances.    A copy of the Pangang Group Defendants'

2  proposed response to the government's attestation is attached hereto as Exhibit A.

3

4

5

6  DATED: December 6, 2013                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
7

8

9                                         By  /s/ Robert P. Feldman
                                              Robert P. Feldman
10                                            John M. Potter
                                              Attorneys for Specially-Appearing Defendants
11                                            Pangang Group Company, Ltd., Pangang Group
                                              Steel Vanadium & Titanium Company, Ltd.,
12                                            Pangang Group Titanium Industry Company,
                                              Ltd., and Pangang Group International Economic
13                                            & Trading Company

14

15

16                                   [PROPOSED] ORDER

17        Specially-Appearing Defendants Pangang Group Company, Ltd., Pangang Group Steel

18  Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and

19  Pangang Group International Economic & Trading Company are hereby granted leave to file a

20  response to the Government's Attestation Regarding Service of Summons on Pangang Group

21  Defendants (Dkt. No. 615).  The response filed as Docket No. 621-1 is deemed filed.  The Court shall

22                                            issue a ruling on the Government's request for a terminating order in due
                                              course.
23  DATED:     January 6, 2014

24

25

26                                        _____
                                          Hon. Jeffrey S. White
27                                        UNITED STATES DISTRICT JUDGE

28                                              -2-