KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE MODIFICATION TO PROTECTIVE ORDER** |
| v. | |
| WALTER LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | |
| Defendants. | |

Defendants Walter Liew, USA Performance Technology, Inc., and Robert Maegerle (collectively, "Defendants") and the United States (collectively, "the parties"), by and through their undersigned counsel, stipulate and agree as follows:

1.   On June 21, 2012, the Court entered a Protective Order governing the production of discovery in this matter.  Dkt. 168.

2.   Pursuant to Paragraph 2(a) of the Protective Order, the government has designated certain materials "Confidential-1 Materials," which includes "materials belonging to or obtained from E.I. du Pont de Nemours and Company (DuPont) . . . that contain, are alleged to contain, or may contain trade secrets or confidential and proprietary business information." *Id.*

3.   On August 23, 2013, the Court modified paragraphs 6(c) and 7 of the Protective Order permitting disclosure of Confidential-1 Materials to third parties, witnesses, and experts.  Dkt. 431.

4.   The parties agree that Paragraph 8(b) of the Protective Order shall be replaced with the following sentences:  "To the extent that Confidential-1 Materials must be downloaded to a computer for viewing, such computer shall not be connected to the Internet, to any computer network connected to the Internet, or to any computer network that would allow any person not authorized by this protective order to view Confidential Materials.  However, defendants are permitted to use networked computers at the law offices of Keker & Van Nest LLP for the printing, copying, and marking of Confidential-1 Materials that have been designated by the parties as potential trial exhibits.  The parties may also provide the Court and jury at trial with electronic copies of the Confidential-1 Materials and the jury may review the electronic copies in the jury room on a computer not connected to the internet."

5.   The parties have consulted with counsel for DuPont concerning the terms of the Protective Order.  Counsel for DuPont has indicated that DuPont has no objection to the modification specified in this stipulation.

6.   Except as modified by this stipulation, all other terms and conditions of the Protective Order remain in effect.

SO STIPULATED AND AGREED.

Dated: January 2, 2014                                KEKER & VAN NEST LLP

                                               By:  */s/ Stuart L. Gasner*
                                                    STUART L. GASNER
                                                    SIMONA A. AGNOLUCCI
                                                    KATHERINE M. LOVETT

                                                    Attorneys for Defendants WALTER LIEW and
                                                    USA PERFORMANCE TECHNOLOGY, INC.

Dated: January 2, 2014                         By:  */s/ Jerome J. Froelich, Jr.*
                                                    JEROME J. FROELICH, JR.

                                                    Attorney for Defendant
                                                    ROBERT J. MAEGERLE

Dated: January 2, 2014                              MELINDA HAAG
                                                    UNITED STATES ATTORNEY

                                               By:  */s/ Peter Axelrod*
                                                    JOHN H. HEMANN
                                                    PETER B. AXELROD
                                                    Assistant United States Attorneys

# [~~PROPOSED~~] ORDER

Based on the parties' stipulation and for good cause shown, the Protective Order is modified as set forth in the above-referenced stipulation.

Dated: January 6, 2014

_____
Honorable Nathanael M. C...
United S...



3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
RE MODIFICATION TO PROTECTIVE ORDER
Case No. CR 11-0573-JSW (NC)

794511.02