UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Time in Court:  13 minutes

## CRIMINAL JURY TRIAL MINUTES

**JUDGE:  JEFFREY S. WHITE**                **Court Reporter**: JoAnn Bryce

**DATE**:  February 27, 2014                   Courtroom Deputy: Jennifer Ottolini

**CASE NO. CR-11-573 (01) (03) (04)   JSW**
**TITLE:  UNITED STATES OF AMERICA  v.   WALTER LIEW (IC) (01)**
                                                                     **ROBERT MAEGERLE (03)**
                                                                     **USA PERFORMANCE TECHNOLOGY, INC. (04)**

**COUNSEL FOR GOVERNMENT:**              **COUNSEL FOR DEFENDANTS:**

 John Hemann                                           Stuart Gasner / Simona Agnolucci / Katie Lovett  (01) (04)
 Pete Axelrod                                              Jerome Froelich (03)
 Richard Scott

**PROCEEDINGS:**    **JURY TRIAL (Day 28)**

(SEE ATTACHED TRIAL LOG)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE**: JEFFREY S. WHITE | **GOVERNMENT ATTORNEYS:** John Hemann  Pete Axelrod  Richard Scott | **DEFENSE ATTORNEYS**: Stuart Gasner / Simona Agnolucci / Katie Lovett (01) (04)  Jerome Froelich (03 |
|---|---|---|
| **TRIAL DATE:** February 27, 2014 | **REPORTER(S):** JoAnn Bryce | **Courtroom Deputy**: Jennifer Ottolini |

| GOVT. NO.: | DEFT NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:57 a.m. | | | The jury, having all assembled in the jury room, retired to deliberate (unreported). |
| | | 8:50 a.m. | | | Note received from jurors. (Counsel are called and gathered) |
| | | 9:52 a.m. | | | Court convened. All counsel are present. Defendant Liew is not present. Defendant Maegerle is present. The jury is not present. |
| | | 9:53 a.m. | | | Court is in recess pending Defendant Liew's arrival. |
| | | 10:10 a.m. | | | Court reconvened. All counsel are present. Defendant Liew is now present. Defendant Maegerle is present. The jury is not present.  The Court directed that Defendant Liew shall be in San Francisco at all times while the jury is deliberating.  Court and counsel discuss note received from the jury. |
| | | 10:18 a.m. | | | The jury is now present. The Court responded to the note received by the jury. |
| | | 10:22 a.m. | | | The jury retired to continue deliberations. Court is in recess. |
| | | 11:45 a.m. | | | The jury recessed for a break (unreported). |
| | | 12:05 p.m. | | | The jury, having reassembled in the jury room, retired to continue deliberations (unreported). |
| | | 1:15 p.m. | | | The jury adjourned their deliberation for the day and shall return on Monday, March 3, 2014 at 8:00 a.m. |

2