1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
   JOHN H. HEMANN (CABN 165823)
5  Assistant United States Attorneys

6  RICHARD S. SCOTT (DCBN 502455)
   Trial Attorney, National Security Division
7
          450 Golden Gate Avenue, Box 36055
8         San Francisco, California 94102-3495
          Telephone: (415) 436-6774
9         FAX: (415) 436-7234
          peter.axelrod@usdoj.gov
10
   Attorneys for United States of America
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-0573-JSW |
| Plaintiff, | GOVERNMENT'S NOTICE OF WITHDRAWAL OF SUGGESTION REGARDING TERMINATING ORDER |
| v. | |
| PANGANG GROUP COMPANY, LTD. AND PANGANG GROUP INTERNATIONAL ECONOMIC AND TRADING COMPANY, | |
| Defendants. | |

The United States hereby withdraws its suggestion that the Court consider entering a terminating order in the above-captioned action.

///

///

///

///

1
2
3
4  Dated: May 7, 2014
5
6
7
...
28

Respectfully submitted,

MELINDA HAAG
United States Attorney

*John H. Hemann*
_____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys