IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendants.<br>_____/ | No.  CR 11-00573-1 JSW<br>No.  CR 11-00573-4 JSW<br><br>**ORDER ADVISING PARTIES THAT COURT WILL NOT HOLD AN EVIDENTIARY HEARING AT SENTENCING** |

The Court HEREBY ISSUES this Order to confirm that it will not hold an evidentiary hearing at the sentencing scheduled for July 10, 2014.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE