IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00573-5 JSW |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| TZE CHAO, a/k/a ZHI ZHAO, | |
| Defendant. / | |

The Court has received and considered the parties' separate status reports. Neither party has explained their failure to comply with the Court's Order dated March 14, 2014, and the parties did not file a joint status report as required. Government counsel has explained why the Government's separate status report was untimely. The Court expects compliance with its Orders. However, the Court acknowledges that it also had overlooked the parties' failure to file a status report in September 2014.

In order to prevent any further lapses in connection with this case, will set a status conference in this case, and it will continue to set regular status conferences until judgment has been entered.

Accordingly, the Court HEREBY ORDERS the parties to appear for a status conference on June 9, 2015 at 1:00 p.m., in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California. The parties shall file a joint status report by no later than June 2, 2015.

//

If this matter can be referred to the United States Probation Office for preparation of a presentence investigation report at any time before June 2, 2015, the parties shall file a stipulation and proposed order to that effect.

**IT IS SO ORDERED.**

Dated: January 30, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2