UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: May 5, 2015                                         Time in Court: 44 minutes

Case No.: CR-11-573-02 JSW          Judge: Jeffrey S. White

United States of America   v.   Christina Liew
                                 Defendant
                                 Present ( X ) Not Present ( ) In-Custody ( )

| John Hemann | Doron Weinberg |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini                Court Reporter: Kathy Wyatt
Mandarin Interpreter: Amy Lo

## PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 13 of the Second Superseding Indictment in violation of 18 USC § 1512(b)(3), (c)(1), and (k) - Conspiracy to Tamper with Evidence.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains on pretrial release.

A Mandarin interpreter is required at the next calling of the case.

The following hearings are vacated:

Pretrial Conference:    6-1-15 at 2:00 p.m.
Jury Selection:         6-17-15 at 8:00 a.m.
Jury Trial:             6-22-15 at 8:00 a.m.

**Case Continued to 9-15-15 at 1:00 p.m. for Judgment and Sentencing**