

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** July 6, 2026                                         **Time:** 4:22

**Judge:** Jacqueline Scott Corley

**Case Number:** 11-cr-00573-JSC-7

**Case Name:** United States of America v. Pangang Group Company, Ltd., et al.
Pangang Group Titanium Industry Company,
Pangang Group Steel Vanadium & Titanium Company, Ltd.
Pangang Group International Economic & Trading Company

| | |
|---|---|
| **Attorneys for United States of America:** Colin Sampson/Noah Stern/Brendan Geary |
| **Attorneys for Defendants:** Robert Feldman/John Potter/Michael Packard/Alec Levy/Michelle Wang |
| **Pangang Group Client representatives**: Cejun Sun/Dan Huang |

**Deputy Clerk:** Ada Means                          **Court Reporter:** Ana Dub
**Mandarin Interpreters:** Shan Tseng/Marty Zhu

### PROCEEDINGS

Jury selection held. A jury of 12 jurors and 4 alternate jurors were selected and sworn. The matter is

continued to July 7, 2026 at 8:00 a.m. for jury trial.