# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 11-cr-00573-JSC-7
Case Name: USA v. Pangang Group Company, Ltd.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | C. Sampson/N. Stern/B. Geary | R. Feldman/J.Potter/A. Levy |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| July 6, 2026 | Ana Dub | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:07 a.m. | | | Court is in session. Court and counsel confer re: government's amended witness list. Jurors 16, 87, 95, and 112 are excused. |
| | | 8:19 a.m. | | | Court is in recess. |
| | | 8:32 a.m. | | | Court reconvenes, all parties present. Court and counsel confer re: government's failure to disclose the existence of handwritten notes of interviews with Pangang employees and failure to produce the notes until trial. |
| | | 8:45 a.m. | | | Court stands in recess, to await the arrival of the prospective jury panel. |
| | | 9:10 a.m. | | | Court reconvenes, all parties present. By the stipulation of the parties, juror #53 is excused. |
| | | 9:11 a.m. | | | Court stands in recess, to await the arrival of the prospective jury panel. |
| | | 9:19 a.m. | | | Court reconvenes; all parties and the prospective jury panel are present. The panel is sworn and voir dire begins. |
| | | 12:28 p.m. | | | Court called for a brief recess. |
| | | 1:06 p.m. | | | Court reconvenes, all parties present. Voir dire resumes. |
| | | 1:49 p.m. | | | Jury is selected and sworn. The Court gives the jury preliminary instructions. |
| | | 1:52 p.m. | | | The jury is excused for the day. Court called for a brief recess. |
| | | 2:27 p.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: Taylor's testimony. |
| | | 2:48 p.m. | | | Court is adjourned for the day. The matter is continued to July 7, 2026 for jury trial. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1