## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 11-cr-00573-JSC-7
Case Name: USA v. Pangang Group Company, Ltd.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | C. Sampson/N. Stern/B. Geary | R. Feldman/J.Potter/A. Levy/M. Packard |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| July 7, 2026 (Day 1) | Ana Dub | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: trial schedule. |
| | | 8:05 a.m. | | | Court stands in recess. |
| | | 8:44 a.m. | | | Court reconvenes; all parties and all members of the jury are present. The Court gives the jury further preliminary jury instructions. |
| | | 9:02 a.m. | | | Opening statement for the government presented by Mr. Geary. |
| | | 9:34 a.m. | | | Opening statement for the defendants presented by Mr. Potter. |
| | | 10:20 a.m. | | | The jury is in recess. |
| | | 10:21 a.m. | | | Outside the presence of the jury, Court and counsel confer re: exhibit 192T – used during government's opening. |
| | | 10:23 a.m. | | | The Court called for the morning recess. |
| | | 10:41 a.m. | | | Court reconvenes, all parties present. **ERIC BOZMAN** is sworn as a witness for the government and is under direct examination by Mr. Geary. |
| | | 10:55 a.m. | | | Eric Bozman is under cross examination by Mr. Levy. |
| | | 10:57 a.m. | | | Eric Bozman is excused as a witness. **KIEU LEFVRE** is sworn as a witness for the government and is under direct examination by Mr. Geary. |
| | | 11:05 a.m. | | | Kieu Lefvre under cross examination by Mr. Levy. |
| | | 11:06 a.m. | | | Kieu Lefvre is excused as a witness. **KENNETH KARCH** is sworn as a witness for the government and is under direct examination by Mr. Geary. |
| | | 11:13 a.m. | | | Kenneth Karch is under cross examination by Mr. Levy. |
| | | 11:14 a.m. | | | Kenneth Karch is excused as a witness. **GREGORY CASEY** is sworn as a witness for the government and is under direct examination by Mr. Geary. |
| 924 | | 11:28 a.m. | X | X | Surveillance photos taken at Rodeway Inn (07/19/2011) |
| | | 11:29 a.m. | | | Gregory Casey is under cross examination by Mr. Levy. |

1

|  |  | 11:31 a.m. |  |  | Gregory Casey is excused as a witness. **PETER ZISKO** is sworn as a witness for the government and is under direct examination by Mr. Stern. |
|---|---|---|---|---|---|
|  |  | 12:02 p.m. |  |  | The Court called for the noon recess. |
|  |  | 12:51 p.m. |  |  | Court reconvenes; all parties and all members of the jury are present. Peter Zisko resumes the witness stand and is under direct examination by Mr. Stern. |
|  |  | 1:24 p.m. |  |  | Peter Zisko is under cross examination by Mr. Packard. |
|  | 164 | 1:34 p.m. | X | X | Document listing correspondence between Peter Zisko and Robert Maegerle (01/10/2006) |
|  | 176 | 1:39 p.m. | X | X | Email from Peter Zisko to Robert Maegerle, carbon copy to Walter Liew and Ernie Nelson Re: FK Pump (01/10/2006) |
|  | 1609 | 1:42 p.m. | X | X | Jan 31, 2006 Maegerle Email to Zisko (cc:Ernie Nelson, W. Liew) re More Equipement Details |
|  | 1610 | 1:44 p.m. | X | X | Jul 21, 2006 Email from Maegerle to Jun Mendiola (cc: Zisko, W. Liew) re Chlorinator Manifold Design |
|  | 1535 | 1:52 p.m. | X | X | April 26, 2006 Email from W. Liew to Peter Zisko re Auto-ignition of Petroleum Coke |
|  | 1536 | 1:54 p.m. | X | X | May 21, 2006 Email from W. Liew to Peter Zisko and R. Maegerle re Flow rates for Chempump |
|  | 7 | 1:56 p.m. | X |  | "Edge Moor Plant Oxidation W/RPS System Drawing" number W1245258 (large physical item) |
|  |  | 2:00 p.m. |  |  | Court called for the afternoon recess. |
|  |  | 2:12 p.m. |  |  | Court reconvenes; all parties and all members of the jury are present. Peter Zisko resumes the witness stand and is under cross examination by Mr. Packard. |
|  | 8 | 2:13 p.m. | X | X | "Edge Moor Pigments Plant Flowsheet - Reaction Area" number EK2411 |
|  | 3129 | 2:18 p.m. | X | X | Email from W. Liew to Peter Zisko re Info for Ernie; Attaching RFQ of Pangang Jinzhou translated Aug 2005.doc; Petroleum Coke Calcining and Use.pdf |
|  | 873/873T | 2:23 p.m. | X | X | Document in Chinese, translated document entitled "Concept Design Review Meeting Minutes" |
|  | 1769 | 2:25 p.m. | X | X | Feb. 10, 2006 Email from W. Liew to Zisko, Ernie Nelson, Maegerle re P.O. and LC, labeled C2-000091.00001484 - C2-000091.00001487 |
|  |  | 2:34 p.m. |  |  | Peter Zisko is under redirect examination by Mr. Stern. |
|  |  | 2:38 p.m. |  |  | Peter Zisko is under recross examination by Mr. Packard. |
|  |  | 2:39 p.m. |  |  | Peter Zisko is excused as a witness. The jury is admonished and excused for the day. |
|  |  | 2:40 p.m. |  |  | Outside the presence of the jury, Court and counsel confer re: Dayton testimony. |
|  |  | 2:44 p.m. |  |  | Court is adjourned for the day. The matter is continued to July 8, 2026 for further jury trial. |