

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** July 9, 2026                                                          **Time:** 3:16

**Judge:** Jacqueline Scott Corley

**Case Number:** 11-cr-00573-JSC-7

**Case Name:** United States of America v. Pangang Group Company, Ltd., et al.
Pangang Group Titanium Industry Company,
Pangang Group Steel Vanadium & Titanium Company, Ltd.
Pangang Group International Economic & Trading Company

| |
|---|
| **Attorneys for United States of America:** Brendan Geary/Colin Sampson/Noah Stern |
| **Attorneys for Defendants:** Robert Feldman/John Potter/Michael Packard/Alec Levy/Michelle Wang/ Chloe Connolly |
| **Pangang Group Client representatives**: Cejun Sun/Dan Huang |

**Deputy Clerk:** Ada Means                                          **Court Reporter:** Ana Dub
**Mandarin Interpreters:** Shan Tseng/Marty Zhu

### PROCEEDINGS

Jury trial (Day 3) held. Direct examination and cross examination of **Christpher White.**

The following exhibits were marked and admitted into evidence: **12, 46, 67, 69, 70, 78, 79, 82, 84, 85, 87, 92, 97, 100, 108, 111, 112, 115, 119, 124, 126, 162, 167, 173-0051, 173-0078, 189, 192, 237, 237T, 239, 239T, 255, 264T, 265T, 310T, 313, 350T, 355, 688T, 689T, 692T, 784, 900, 5026, 5046, 5046T, 5078, 5079, 5080, 6000, 6000T, 6004T, 6006, 6008T, 6009, 6010, 6011, 6012T, 6013T, 6014T, 6015T, 6032, 6033, 6035, 6036, 6038, 6039, 6040, 6047,  and 6071T.**