# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 11-cr-00573-JSC-7
Case Name: USA v. Pangang Group Company, Ltd.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | C. Sampson/N. Stern/B. Geary | R. Feldman/J.Potter/A. Levy/M. Packard |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| July 9, 2026 (Day 3) | Ana Dub | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:07 a.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel discussed the FBI's notes of the 302 interviews as to eleven individuals; including, McCoy, Zisko, and Karch. |
| | | 8:21 a.m. | | | Court stands in recess, to await the jury's arrival. |
| | | 8:36 a.m. | | | Court reconvenes; all parties and all members of the jury are present. **Christopher White** resumes the witness stand and is under direct examination by Mr. Sampson. |
| 6038 | | 8:40 a.m. | X | X | Rodeway Inn Picture - Room 117, Door |
| 6039 | | 8:40 a.m. | X | X | Rodeway Inn Picture - Room 117, Internal, 1 |
| 5078 | | 8:41 a.m. | X | X | 100K TiO2 PFD BI Set 200909[6371] |
| 5079 | | 8:43 a.m. | X | X | 100K TiO2 P&ID Complete 200909[6369] |
| 5080 | | 8:43 a.m. | X | X | Equipment Specification Drawings Complete Set [6124] |
| 237 (T) | | 8:49 a.m. | X | X | Document in Chinese, translated document entitled "Regarding Letter of Cooperation with TZMI Consulting Co., (Mineral Resources)" |
| 192 | | 8:49 a.m. | X | X | Document in Chinese, translated document entitled "Chengdu and Xilian Consultation Report - Chinese" |
| 239 | | 8:51 a.m. | X | X | Document in Chinese, translated document entitled "Regarding the summary comments from a review by Zhi-Hua Company and Xilian Company of Pangang's BI material on 100,000 ton titanium white by chlorination, and the Project Department's analytical assessment of those two companies' comments |
| 355(T) | | 8:58 a.m. | X | X | Letter from Hou Shengdong to Pensiero (6/23/2008) |
| 5046 (T) | | 9:00 a.m. | X | X | "Conversation with Tony" |
| 85 | | 9:03 a.m. | X | X | Email and attachments from Robert Maegerle to Walter Liew Re: Pangang Chlorinator Design (07/04/2009) |
| 67 | | 9:06 a.m. | X | X | Email from Robert Maegerle to waltliew@performanceincusa.com Re: Demin. Water, Nitrogen (02/23/2008) |

| 69 | | 9:08 a.m. | X | X | Email from Robert Maegerle to Brijesh Bhatnagar and Walter Liew Re: Tall Gas Stack Velocities (03/18/2008) |
|---|---|---|---|---|---|
| 70 | | 9:08 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Question on AlCl3 balances (05/08/2008) |
| 78 | | 9:09 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Chlorinator Velocity (10/25/2008) |
| 79 | | 9:12 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Input from Pangang (12/04/2008) |
| 82 | | 9:13 a.m. | X | X | Email from rmaegerle@usapti.com to Walter Liew Re: Fluidization Air Requirement (06/22/2009) |
| 84 | | 9:14 a.m. | X | X | Email and attachments from Robert Maegerle to Walter Liew Re: Attachment (06/25/2009) |
| 87 | | 9:15 a.m. | X | X | Email and attachments from Robert Maegerle to Walter Liew Re: Reaction Front End Layout (07/13/2009) |
| 92 | | 9:18 a.m. | X | X | Email and attachments from Robert Maegerle to Walter Liew Re: 100k T/Y (08/14/2009) |
| 97 | | 9:19 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: CTW Tab (08/18/2009) |
| 100 | | 9:20 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Gas Flow to O2 Rx Insert (08/23/2009) |
| 108 | | 9:21 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Flue Pond Piping (09/03/2009) |
| 111 | | 9:22 a.m. | X | X | Email and attachment from Robert Maegerle to Walter Liew, carbon copy to Jatin Patel Re: Oxidation Area Direct Fired Heaters (09/20/2009) |
| 112 | | 9:23 a.m. | X | X | Email and attachment from Robert Maegerle to Walter Liew, carbon copy to Jatin Patel Re: Ox Filter Spec (09/23/2009) |
| 115 | | 9:23 a.m. | X | X | Email from Robert Maegerle to Len Tilton, carbon copy to Walter Liew (no subject) (12/07/2009) |
| 119 | | 9:24 a.m. | X | X | Email from Robert Maegerle to Walter Liew Re: Purge Rate (04/12/2010) |
| 124 | | 9:25 a.m. | X | X | Email and attachment from Robert Maegerle to Walter Liew Re: Slurry Pumping (07/10/2010) |
| 126 | | 9:26 a.m. | X | X | Email from Robert Maegerle to Allen Chang and Ruth Oduca,carbon copy to Walter Liew Re: Nitrogen flow to Chlorinator (08/26/2010) |
| 46 | | 9:27 a.m. | X | X | White binder labeled "Calculations for 100K Project" containing hand drawn sketches and other materials |
| 12 | | 9:28 a.m. | X | X | Email with attachments from Thongchai T. to Thongchai T. Re: Fortran CFD Code (02/22/2011) |
| 162 | | 9:31 a.m. | X | X | Trade Secret 3, Document entitled "Improved Mixing Correlation for the TiCl4 Oxidation Reaction Computer Model" (#18135) (09/07/1994) |
| | | 9:34 a.m. | | | **Christopher White** is under cross examination by Mr. Packard. |
| | 784 | 9:45 a.m. | X | X | Handwritten note to all USAPTI with signatures |
| | 6071(T) | 9:50 a.m. | X | X | Letter to Pangang referenced in Mr. Fudong Yang's 302 |
| | 6032 | 9:54 a.m. | X | X | Rodeway Inn Picture - Room 124, Door |

| | | | | |
|---|---|---|---|---|
| 6033 | 9:54 a.m. | X | X | Rodeway Inn Picture - Room 124, Internal, 1 |
| 6035 | 9:54 a.m. | X | X | Rodeway Inn Picture - Room 124, Internal, 3 |
| 6036 | 9:55 a.m. | X | X | Rodeway Inn Picture - Room 124, Internal, 4 (Bathroom) |
| 6038 | 9:56 a.m. | X | X | Rodeway Inn Picture - Room 117, Door FBI |
| 6039 | 9:56 a.m. | X | X | Rodeway Inn Picture - Room 117, Internal, 1 |
| 6040 | 9:56 a.m. | X | X | Rodeway Inn Picture - Room 117, Internal, 2 (Bathroom) |
| 350(T) | 9:56 a.m. | X | X | Correspondence from Performance Company, USA to Pangang Group Head Office (10/11/04) |
| 255 | 10:08 a.m. | X | X | Printout of LH Performance Website "A Full Technology and Design Company" with handwriting in English and Chinese |
| 265(T) | 10:12 a.m. | X | X | Email and attachments from Hong Liew to Yang Fudong, subject in Chinese translated as "Company Profile" (10/14/2009) |
| | 10:12 a.m. | | | Court called for a brief recess. |
| | 10:28 a.m. | | | Court reconvenes; all parties and all members of the jury are present. **Christopher White** resumes the witness stand and is under cross examination by Mr. Packard. |
| 264(T) | 10:32 a.m. | X | X | Email and attachment from yfdd12345 to Hong Liew, subject in Chinese translated as "Company Profile" (02/09/2010) |
| 313 | 10:36 a.m. | X | X | Contract for "Fluid-Bed Chlorination and Purification of a 30,000 MTPY TiO2 by Chloride Route Project" (11/25/2005) |
| 310(T) | 10:39 a.m. | X | X | Document in Chinese, translated document entitled "30,000-Ton/Year Titanium Dioxide Technology Import Project" (12/30/2007) |
| 6004(T) | 10:46 a.m. | X | X | Technical Annex |
| 189 | 10:53 a.m. | X | X | Binders labeled "Process Volume I, Process Volume II" (09/2009) [BI Submittal, 09USSCY32PGTY24 - Project] |
| 5026 | 10:56 a.m. | X | X | 100K Process Description 200909 BI[117511].pdf |
| 173-0051 | 10:58 a.m. | X | X | Stand[ar]d Specifications for Shell and Tube Heat Exchangers [USAPTA-Jinzhou] (From Binder labeled "Standards Spec's GCC") |
| 173-0078 | 10:59 a.m. | X | X | Stand[ar]d Specifications for Presure Vessel [USAPTAJinzhou] (From Binder labeled "Standards Spec's GCC") |
| 167 | 11:01 a.m. | X | X | Fax from Pangang Group International Economic and Trading Co, Ltd (09/30/2007) |
| 6009 | 11:06 a.m. | X | X | Fax--PIETC's Technical Inquiry to Cristal |
| 6047 | 11:07 a.m. | X | | Article: "Cristal Clear: Titanium dioxide's new number two player gives its view of the market" |
| 6011 | 11:08 a.m. | X | X | Fax--PIETC's Technical Inquiry to RMT International Corp. |
| 6008(T) | 11:09 a.m. | X | X | Fax--PIETC's Technical Inquiry to Sino-America Professional Development Corporation |

3

| | 6010 | 11:10 a.m. | X | X | Fax--PIETC's Technical Inquiry to Australia Warburg |
|---|---|---|---|---|---|
| | 6012(T) | 11:10 a.m. | X | X | Fax--PIETC's Technical Inquiry to TiCons |
| | 6015(T) | 11:12 a.m. | X | X | Letter from TiCons to Pangang Declining to Bid on the 100 kt/a Chongqing Project |
| | 6000(T) | 11:14 a.m. | X | X | Proposal for 100kt/a Chloride Process TiO2 Project |
| | 6013(T) | 11:18 a.m. | X | X | Cierra's Response to Pangang Technical Inquiry |
| | 6014(T) | 11:20 a.m. | X | X | PG Memo Re: Negotiation/Execution of TiO2 Contract |
| | 6000 | 11:24 a.m. | X | | Proposal for 100kt/a Chloride Process TiO2 Project **(Provisionally admitted)** |
| | 6006 | 11:26 a.m. | X | X | Answer - Dkt. 20 |
| | 688(T) | 11:31 a.m. | X | X | Letter from Liu Yuanxuan and Qiao Hong to Chairman Qi (04/25/2011) |
| | 689(T) | 11:35 a.m. | X | X | Letter from Walter Liew and Christina Liew to General Manager Chen (4/25/2011) |
| | 692(T) | 11:39 a.m. | X | X | Letter from Christina Liew and Walter Liew to Chen Yong (04/27/2011) |
| | 900 | 11:44 a.m. | X | X | Agreement between E.I. DuPont Nemours and Company and The Sherwin-Williams Company |
| | | 11:50 a.m. | | | Christopher White under redirect examination by Mr. Sampson. |
| | | 11:51 a.m. | | | Christopher White is excused as a witness. The jury is admonished and excused for the day. |
| | | 11:52 a.m. | | | Outside the presence of the jury, Court hears arguments on admission for exhibit #6000. Exhibit is admitted. |
| | 6000 | 11:53 a.m. | | X | Proposal for 100kt/a Chloride Process TiO2 Project |
| | | 11:54 a.m. | | | Court is adjourned for the day. The matter is continued to July 14, 2026 for further jury trial. |